

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-83,964-02

### IN RE GRAILAND FIELDS, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 96-CR-2288 IN THE 226TH DISTRICT COURT
### FROM BEXAR COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In it, Relator contends that he filed an application for a writ of habeas corpus in the 226th District Court of Bexar County, that the District Court entered an order designating issues on an unspecified date, that more than 180 days have passed since the date the State received the application, and that the application has not been timely forwarded to this Court as mandated by Texas Rule of Appellate Procedure 73.4(b)(5).

On December 14, 2016, this Court held in abeyance and ordered the Bexar County District Clerk to respond as to the status of Relator's habeas application. On January 17, 2017, this Court received a response indicating that the State received Relator's habeas application on November 14,

2014, and that the District Court entered a timely order designating issues on November 18, 2014. However, more than 180 days have passed since the date the State received the application and the application has not been timely forwarded to this Court as mandated by Texas Rule of Appellate Procedure 73.4(b)(5).

Respondent, the District Clerk of Bexar County, is ordered to file a response, which may be made by submitting the record on such habeas corpus application. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: February 1, 2017
Do not publish